IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-CR-00366-WDM

**UNITED STATES OF AMERICA,**

**UNDER SEAL**

    Plaintiff,

v.

**CHERIE MOORE,**

    Defendant.

---

**ORDER SEALING TRANSCRIPT OF DEFENDANT CHERIE MOORE'S OCTOBER 7, 2010, SENTENCING HEARING**

---

THIS MATTER comes before the Court on the United States' Motion to Seal the Transcript of Defendant Cherie Moore's October 7, 2010, Sentencing Hearing. The Court having reviewed the Motion and for good cause shown, it is

ORDERED that the Motion is hereby GRANTED. The transcript and/or recording of Ms. Moore's October 7, 2010, Sentencing Hearing is hereby SEALED.

Dated this 12th day of October, 2010, in Denver, Colorado.

BY THE COURT:

_____
WALKER D. MILLER
Senior United States District Judge